UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRAVO FORTY-SIX, LLC,

           Plaintiff,

    v.

THE DECURION CORPORATION;
SOMPO AMERICA INSURANCE
COMPANY; and DOES 1 through 10,
inclusive,

           Defendants.

Case No.  1:26-cv-0623-FRS (SKO)

**ORDER EXTENDING DEADLINE FOR SOMPO AMERICA INSURANCE COMPANY'S RESPONSE TO COMPLAINT**

(Doc. 9)

On March 13, 2026, Plaintiff Bravo Forty-Six, LLC ("Plaintiff") and Defendant SOMPO America Insurance Company ("SOMPO") filed a stipulation and proposed order for an extension of time for SOMPO to respond to the complaint.  (Doc. 9.)  Plaintiff and SOMPO have already agreed once before to extend SOMPO's response deadline by not more than 28 days.  (Doc. 8.) Plaintiff and SOMPO state that this second 28-day extension of time for SOMPO to respond to the complaint will allow more time for the parties to engage in settlement discussions and will not affect or otherwise displace any Court-ordered deadlines.

Good cause having been shown, IT IS ORDERED that SOMPO shall be granted a second extension of time of **twenty-eight (28) days, up to and until April 15, 2026** to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **March 17, 2026**                        _/s/ Sheila K. Oberto_
                                            UNITED STATES MAGISTRATE JUDGE

1