UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVO FORTY-SIX, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE DECURION CORPORATION;<br>SOMPO AMERICA INSURANCE<br>COMPANY; and DOES 1 through 10,<br>inclusive,<br><br>  Defendants. | Case No.  1:26-cv-0623-FRS (SKO)<br><br>**ORDER APPROVING STIPULATION TO DISMISS SOMPO AMERICA INSURANCE COMPANY WITHOUT PREJUDICE**<br><br>(Doc. 11) |

On March 19, 2026, Plaintiff Bravo Forty-Six, LLC ("Plaintiff") and Defendant SOMPO America Insurance Company ("SOMPO") filed a joint stipulation of voluntary dismissal without prejudice of Plaintiff's claims against SOMPO, with each party to bear their own fees and costs, pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. 11.)   In light of the joint stipulation, Plaintiff's action against Defendant SOMPO is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is DIRECTED to terminate Defendant SOMPO only on the docket.

IT IS SO ORDERED.

Dated:   __**March 23, 2026**__                    ___/s/ *Sheila K. Oberto*___

UNITED STATES MAGISTRATE JUDGE

1