# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVO FORTY-SIX, LLC, | Case No.  1:26-cv-00623-FJS |
| Plaintiff, | ORDER GRANTING MICHAEL P. ABATE'S *PRO HAC VICE* APPLICATION |
| v. | (Doc. 12) |
| THE DECURION CORPORATION, et al., | |
| Defendants. | |

Before the Court is the application of Michael P. Abate, attorney for Plaintiff Bravo Forty-Six, LLC for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **March 24, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1