UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVO FORTY-SIX, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE DECURION CORPORATION;<br>SOMPO AMERICA INSURANCE<br>COMPANY; and DOES 1 through 10,<br>inclusive,<br><br>　　　　Defendants. | Case No.  1:26-cv-00623-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE<br>DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 16) |

On April 21, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that the settlement agreement resolves all claims for relief, including against defendants who have not yet entered appearances in this action. (ECF No. 16.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action, including the initial scheduling conference set for April 28, 2026, are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than May 21, 2026. Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

　Dated:   **April 22, 2026**　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1