UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVO FORTY-SIX LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE DECURION CORPORATION; SOMPO AMERICA INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE No. 1:26-cv-00623-FJS<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE<br><br>(ECF No. 19) |

On May 22, 2026, the parties filed a stipulation of dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  (ECF No. 19.)  The parties have further stipulated and agreed that they will settle the matter and that each party shall bear their own costs and attorneys fees. (*Id.*) In light of the stipulation of dismissal, this action has been terminated, and deemed dismissed with prejudice. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:   **May 26, 2026**                               
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT STIPULATION TO DISMISS  WITH PREJUDICE